**Juan C. Chavez**, OSB #136428
Email: jchavez@ojrc.info
PO Box 5248
Portland, OR 97208
Telephone: 503 944-2270 ext. 212
Facsimile: 971-275-1839

    Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| LUIS ENRIQUE MARQUEZ,<br><br>Plaintiffs,<br><br>    v.<br><br>JOSEPH BIGGS; TARA LAROSA; and JOHN DOES 1-100.<br><br>Defendants. | Case No. 3:19-cv-01301<br><br>PLAINTIFF'S VOLUNTARY WITHDRAWAL OF EMERGENCY MOTION |

COMES NOW, Plaintiff Luis Marquez, by and through counsel, Juan C. Chavez, voluntarily withdraws his Emergency Motion for a Temporary Restraining Order and/or Preliminary Injunction. This voluntary withdrawal is based on the arguments below.

### ARGUMENT

On August 17, 2019, Plaintiff Marquez filed an Emergency Motion for a Temporary Restraining Order to enjoin Defendants from rallying in Portland on that day. Dkt. 2. The motion was based on the threats made on Mr. Marquez's life, and the public interest in preventing harm being brought upon persons believed to be associated with Mr. Marquez. Dkt. 1, 3. Because the rally occurred without a ruling from the Court, the relief sought is moot. Based partially on

information and belief and evidence received from the August 17, 2019, Plaintiff Marquez reserves the right to refile for a motion for preliminary injunction enjoining behavior consistent with his original Emergency Motion.

## CONCLUSION

The Plaintiff voluntarily withdraws their Emergency Motion, and requests that the Court removes any hearing from its docket.

DATED: August 19, 2019.

Respectfully submitted,

/s/ Juan C. Chavez
Juan C. Chavez, OSB #136428
PO Box 5248
Portland, OR 97208